

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00351-CV

**IN THE INTEREST OF D.M.K.**, Jr. and D.K.K.

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-1250-CV
The Honorable William Old, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment is AFFIRMED. Because appellant is indigent, no costs of this appeal are assessed.

SIGNED December 2, 2015.

_____
Luz Elena D. Chapa, Justice